IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Edward W. Nottingham

Civil Action No. 05-cv-02427-EWN

MAGDALENA ARCHULETA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

THE MATTER IS before the Court on the parties' Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 filed April 23, 2007.  The Court being fully advised in the foregoing,

**ORDERS** that the Motion is **GRANTED**.  Plaintiff's attorney, Michael A. Desaulniers, shall be entitled to receive attorney fees under the EAJA in the amount of $3,900.00.

Dated this 2nd day of May, 2007

        **BY THE COURT**:

        s/ Edward W. Nottingham
        Edward W. Nottingham
        United States District Judge